EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2025 TSPR 80 |
| Agustín Aponte Vélez | 216 DPR ___ |

Número del Caso:  TS-19,557

Fecha:  11 agosto de 2025

Representante legal del peticionario:

   Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

```
               EN EL TRIBUNAL SUPREMO DE PUERTO RICO
                       SALA DE VERANO II
```

| | | |
|---|---|---|
| Ex Parte: | | |
| | | |
| Agustín Aponte Vélez | TS-19,557 | |

Sala de Verano integrada por el Juez Asociado señor Colón Pérez, como su Presidente, la Jueza Asociada  Rivera Pérez y el Juez Asociado señor Candelario López.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 11 de agosto de 2025.

Examinada la *Solicitud de cambio de estatus de abogado activo en el Registro Único de Abogados y Abogadas*, presentada el 1 de agosto de 2025 por el Sr. Agustín Aponte Vélez, se provee **Ha Lugar** a su petición de readmisión al ejercicio de la abogacía. Adviértase que debe cumplir con un mínimo de seis (6) créditos de educación jurídica continua sobre las nuevas *Reglas de Conducta Profesional de Puerto Rico* en o antes del 31 de diciembre de 2026 conforme a la *Resolución* ER-2025-02.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                        Javier O. Sepúlveda Rodríguez
                        Secretario del Tribunal Supremo